IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GAYDA AIRTH, et al.,

    Plaintiffs,

vs.

No. CIV S-04-2536 DFL GGH

THOMPSON FINANCIAL CO., et al.,

    Defendants.

ORDER

/

On December 30, 2005, defendants filed a "report in support of its motion for sanctions for plaintiffs' failure to obey the court's prior discovery order." This filing is construed as a motion for sanctions. Because defendants' previous sanctions motion was vacated on October 6, 2005, defendants should have noticed this motion for hearing.

Accordingly, IT IS ORDERED that:

1. Defendants' motion for sanctions, filed December 30, 2005, is set for hearing on May 4, 2006, at 10:00 a.m.

2. Plaintiffs' opposition shall by filed by April 20, 2006.

3. Defendants may file a reply by April 27, 2006.

DATED: 4/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Airth2536.hrg

1