**Biegler Ortiz & Chan**
Robert P. Biegler (CA Bar Assn. No. 88506)
1107 Ninth Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile: (916) 444-3975

**OK/HAV**

Attorney for Plaintiffs
    Gayda Airth, Patricia Malone Keane,
    Jack Stevenson, and Andrew Carelton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYDA AIRTH, | Case No. Civ.S-04-2536 DFL GGH |
| PATRICIA MALONE KEANE, | Civ.S-04-2537 DFL GGH |
| JACK STEVENSON, | Civ.S-04-2538 DFL GGH |
| ANDREW CARELTON, | Civ.S-04-2539 DFL GGH |
|     Plaintiffs, | |
| v. | **STIPULATION AND PROPOSED ORDER** |
| THOMSON FINANCIAL CO., INC., THE THOMSON CORPORATION, a Corporation, and DOES 1-5, inclusive, | |
|     Defendants, | Time: 2:00 pm<br>Date: August 4, 2006 |

    IT IS HEREBY STIPULATED by and between the parties, through their counsel, that the Final Pre-trial Conference in this matter be re-scheduled from July 28, 2006 to August 4, 2006, at 2:00 pm.

    By:  /s/
    Robert P. Biegler
    Attorney for Plaintiffs

    By:  /s/
    Robert A. Dolinko
    Attorney for Defendants

       Good cause showing, it is so ordered. The parties joint pretrial statement shall be efiled no later than July 28, 2006.

*[signature]*

DAVID F. LEVI
United States District Judge