1  ROBERT P. BIEGLER, State Bar No. 88506
   BIEGLER, ORTIZ & CHAN LLP
2  1107 9th Street, Suite 1025
   Sacramento, CA   95814
3  Telephone: (916) 444-3971
   Facsimile:  (916) 444-3975
4
   Attorneys for Plaintiff
5  GAYDA AIRTH

6
   ROBERT A. DOLINKO, State Bar No. 076256
7  CHRIS BAKER, State Bar No. 181557
   DEBORAH R. SCHWARTZ, State Bar No. 208934
8  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105
   Telephone:  (415) 371-1200
10
   Attorneys for Defendant
11 THOMSON FINANCIAL INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GAYDA AIRTH, | No.: CIV S-04-2536 DFL GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THOMSON FINANCIAL CO., INC., THE THOMSON CORPORATION, a Corporation, and DOES 1-5, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel, that this action is dismissed with prejudice; each party shall bear its or his own costs and attorneys fees; and

///

///

///

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement should that become necessary.

Dated: July 10, 2006

THELEN REID & PRIEST LLP

By /s/ Robert A. Dolinko, Esquire
Robert A. Dolinko
Deborah R. Schwartz
Attorneys for Defendant
THOMSON FINANCIAL INC.

Dated: July 10, 2006

BIEGLER ORTIZ & CHAN LLP

By /s/ Robert P. Biegler, Esquire
Robert P. Biegler
Attorneys for Plaintiff
GAYDA AIRTH

**ORDER**

Based on the above stipulation,

**IT IS SO ORDERED**.

Dated: July 25, 2006          /s/ David F. Levi
                              United States District Judge